UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFS/IBEX, A DIVISION OF
METABANK,

        Plaintiff,

v.

Case No.: 15-cv-11409
Honorable Gershwin A. Drain

TRAVELERS PROPERTY
CASUALTY COMPANY OF
AMERICA, *et al.*,

        Defendants.
_____/

## <u>ORDER REQUIRING DEFENDANT KAREN LARSON TO PROVIDE STATUS UPDATES REGARDING PROBATE PROCEEDINGS</u>

On September 1, 2017, this Court entered an Order Setting Deadlines. *See* Dkt. No. 180. The Court's September 1, 2017 Order required Defendant Karen Larson to hire an attorney and initiate probate proceedings for her husband, Defendant Keith Larson, no later than September 6, 2017.

On September 6, 2017, counsel for Defendant Karen Larson contacted the Court and indicated that Ms. Larson had hired an attorney to open her husband's probate estate, but did not have the financial means to pay the retainer fee. As such, the Court will require counsel for Defendant Karen Larson to provide a status

update on September 15, 2017, and September 30, 2017, concerning the probate proceedings. The update may be submitted directly to Judge Drain's chambers and need not be filed on CM/ECF. A copy of the status update must be served on counsel for Plaintiff-Assignees/Cross-Claimants forthwith.

SO ORDERED.


Dated: September 14, 2017              /s/Gershwin A. Drain
                                       GERSHWIN A. DRAIN
                                       United States District Judge



CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk